**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 13-cr-00391-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      SELVIN DANIEL VARGAS-ZUNIGA,
        a.k.a. Santos Vargas-Zunaga,

      Defendant.

---

**ORDER SETTING TRIAL DATES AND DEADLINES**

---

This matter has been scheduled for a **two-day** jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **November 25, 2013 at 9:00 a.m.** It is

ORDERED THAT all pretrial motions shall be filed by **October 15, 2013** and responses to these motions shall be filed by **October 22, 2013**. It is further

ORDERED that a Trial Preparation Conference is set for **November 20, 2013 at 1:00 p.m.** in Courtroom A601. Lead counsel who will try the case shall attend in person.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    jury selection;

    2)    sequestration of witnesses;

3)       timing of presentation of witnesses and evidence;

4)       anticipated evidentiary issues;

5)       any stipulations as to fact or law; and

6)       any other issue affecting the duration or course of the trial.

DATED: October 1, 2013.

BY THE COURT:

*(signature)*

RAYMOND P. MOORE
United States District Judge